# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| **CTP INNOVATIONS, LLC,** | ) | |
| | ) | No.: 3:14-cv-00364-JGH |
| Plaintiffs, | ) | |
| | ) | Judge Heyburn |
| v. | ) | |
| | ) | |
| **V.G. REED AND SONS, INC.,** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFENDANT V.G. REED AND SONS, INC.'S MOTION TO STAY PENDING DETERMINATION OF *INTER PARTES* REVIEW PROCEEDINGS; MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendant V.G. Reed and Sons, Inc. ("V.G. Reed"), by and through counsel, respectfully moves the Court to stay this case pending determination by the United States Patent and Trademark Office's Patent Trial and Appeals Board ("PTAB") of four petitions seeking to invalidate the two patents-in-suit in the above-captioned matter: U.S. Patent Nos. 6,611,349 and 6,738,155.

As set forth in the contemporaneously filed Memorandum, four third-party Petitions for *Inter Partes* Review were filed on May 20, 2014. Together, these Petitions seek to invalidate each and every claim of the two patents-in-suit. A stay of the instant case is appropriate at this early stage in the litigation because no scheduling order has been established, no discovery has taken place, no trial date has been set, the outcome of the *inter partes* review likely will simplify or moot the issues before this Court, and there is little danger of prejudice to the non-moving party in granting the stay.

Accordingly, and for the reasons stated in the Memorandum of Law, a stay of the instant case, and a continuance of all deadlines imposed by the Federal Rules of Civil Procedure, pending the outcome of the *inter partes* review is warranted.

Alternatively, should the Court deny the above-request for a stay, V.G. Reed requests an extension of time within which to move, plead, or otherwise respond to CTP Innovations, LLC's Complaint filed May 9, 2014. The Complaint was served on May 22, 2014, and the deadline to move, plead, or otherwise respond is June 12, 2014. (ECF No. 6.) In the event the Court declines to grant a full stay of these proceedings, V.G. Reed requests an extension of 30 days from entry of such Order to move, plead, or otherwise respond to the Complaint. The Complaint itself fails to identify any specific method, process or product utilized or produced by the Defendant, and undersigned counsel avers that because of the nature of the patents and the allegations, they need more time to confer with the Defendant with regard to the allegations set forth in the Complaint and the products and services of the Defendant.

Respectfully submitted,

/s/ J. Brooken Smith
J. Brooken Smith (Kentucky Bar No. 93266)
Stephen C. Hall (Kentucky Bar No. 84409)
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
(502) 589-5235
(*bsmith@wyattfirm.com*)
(*schall@wyattfirm.com*)

3

**CERTIFICATE OF SERVICE**

On June 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which served a copy on the following through notice of electronic filing:

Chad E. Wallace
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
P.O. Box 3038
Johnson City, Tennessee 37602
Telephone: (423) 928-0181
Facsimile: (423) 979-7639
cwallace@bakerdonelson.com

        /s/ J. Brooken Smith

61179550.6