UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| CTP INNOVATIONS, LLC, | ) |
|     Plaintiffs, | ) No.: 3:14-cv-00364-JGH |
| v. | ) Judge Heyburn |
| V.G. REED AND SONS, INC., | ) |
|     Defendant. | ) |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Motion for Entry of Order of Dismissal With Prejudice by Plaintiff CTP Innovations, LLC and Defendant V.G. Reed and Sons, Inc.. Pursuant to Fed. R. Civ. P. 41(a)(2), and the Court being otherwise duly and sufficiently advised, it is HEREBY ORDERED that said Motion is GRANTED. Plaintiff's Complaint and all claims asserted therein are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

_____
Judge, United States District Court for the
Western District of Kentucky